**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

ARTHUR WILLIS YORK                                                                    PETITIONER

vs.                                                              Civil Action No. 3:05-cv-468 HTW-JCS

CHRISTOPHER EPPS and JIM HOOD                                              RESPONDENTS

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same, hereby orders that the respondents' motion to dismiss the petition for writ of habeas corpus as untimely is granted. The petition for writ of habeas corpus is dismissed with prejudice. The above-styled and numbered cause is fully and finally dismissed.

**SO ORDERED, THIS THE 26th DAY OF SEPTEMBER, 2006.**

**s/ HENRY T. WINGATE**

**CHIEF UNITED STATES DISTRICT JUDGE**